Ralph Lee White
2201 E. Eighth Street
Stockton, CA 95206
(209) 271-2466
Email: Ralphwhite@aol.com

In Pro Per

**FILED**

MAY 2 1 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| RALPH LEE WHITE,<br><br>  Plaintiff,<br><br>vs.<br><br>CHRISTIAN CLEGG, in his official capacity as Interim City Clerk for the City of Stockon;<br>CITY OF STOCKTON, a municipal corporation;<br>MELINDA DRUBOFF, in her official capacity as Registrar of Voters for the County of San Joaquin;<br>ALEX PADILLA, in his official capacity as the Secretary of State for California,<br><br>  Defendants. | CASE NO.<br><br>**COMPLAINT FOR DECLARATORY AND INJUCTIVE RELIEF**<br><br>2:19-CV-913 JAM EFB PS |

## JURISDICTION AND VENUE

1.  Plaintiff RALPH LEE WHITE ("WHITE") seeks declaratory and injunctive relief to compel the Interim City Clerk of Stockton, California, the San Joaquin County Registrar of Voters, and the Secretary of State to comply with their list maintenance obligations and their record production obligations under Section 8 of the National Voter Registration Act of 1993 ("NVRA"), 52 U.S.C. § 20507. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this action arises under the laws of the United States, and under 52 U.S.C. § 20510(b)(2), as the action seeks injunctive and declaratory relief under the NVRA.

1

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because defendants reside in this district and all defendants reside in California; and because the events and omissions giving rise to the claims herein occurred in this district.

## PARTIES

3. Plaintiff WHITE is a resident and a registered voter of San Joaquin County and Stockton, California, who has voted and intends to vote in the County and City.

4. Defendant CHRISTIAN CLEGG is the Interim City Clerk of Stockton, California ("INTERIM CITY CLERK") and is designated as the election official pursuant to Article XIV Section 1400 of the Stockton City Charter.

5. Defendant CITY OF STOCKTON ("CITY") is a municipal corporation formed under the laws of the State of California.

6. Defendant MELINDA DRUBOFF is the Registrar of Voters of San Joaquin County, California (the "REGISTRAR"). The Registrar is the designated local "election official" under California law "responsible for collecting and processing voter registration data." Cal. Code Regs. tit. 2, § 20108.1(i).

7. Defendant ALEX PADILLA is the California Secretary of State ("SECRETARY OF STATE") and has served in this capacity since January 5, 2015. The Secretary of State is designated by California law as the "chief state elections official responsible for coordination of the state's responsibilities under" the NVRA. Cal. Elec. Code § 2402(a); *see* 52 U.S.C. § 20509.

## FACTUAL BACKGROUND

8. On February 5, 2019, the CITY passed a local ordinance #2019-02-05-1403 in essence requiring record of owners of properties to pay water utility bills incurred by tenants, but who are in default. The water service company is private (California Water Service) and is not owned or controlled by the CITY. Under the ordinance, failure now of an owner to pay the water bill incurred by tenants will result in penalties and become a lien on the owner's property. While WHITE does not argue the CITY's ability to lien an owner's property for a water bill from a water

utility department owned by the CITY, he takes issue with CITY's ability to so lien on behalf of a private utility. California Water Service only services part of the City of Stockton. As such, WHITE seeks to have this ordinance repealed by a vote of the people, preferably only by those voters who reside in areas of Stockton served by California Water Service.

9. In order to go through the repeal process, WHITE is requesting that the court grant an injunction on continued implementation of the ordinance in question and further require the State of California, the County of San Joaquin, and the City of Stockton, through their designated election officials, conduct a purge of the voter lists affecting the City of Stockton via the REGISTRAR and the SECRETARY OF STATE pursuant to the NVRA, 52 U.S.C. §§ 20507 and 20509 and pursuant to California Elections Code section 2402(a). This action is requested so that only voters in the City who are registered and present in the jurisdiction can be counted and qualified as legal signatories to qualify for the proposed initiative ballot. They then can ultimately vote on the issue of repeal of the explained newly issued utility billing ordinance of the CITY without concern for unqualified voters.

10. WHITE is the owner of a substantial number of rental units in the area of Stockton served by the California Water Service. As such, WHITE is personally aware of a significant number of registered voters that have been incarcerated, have moved to another location, or have passed away or otherwise become ineligible to vote. This is based on the absentee ballots and other voter information which have come to these residences where the voter no longer resides or has passed away. WHITE has become aware of this not only by mail that is picked up at his properties but also because WHITE last year submitted documentation to have a vote on a charter amendment in the City and canvassed areas to obtain the requisite number of registered voter signatures to place the issue on that ballot. Because City Charter section 902 requires said signatures to be equal or exceed 10% of registered voters according to the last report of the REGISTRAR and SECRETARY OF STATE, said percentage has been affected substantially by those individuals who were once registered but have either left the City of Stockton, have passed away, been incarcerated, or have an erroneous registration. This has made it difficult, if not

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

impossible, to determine qualified registered voters with so many of those who no longer live in the jurisdiction or have passed away or otherwise do not qualify. A copy of some of WHITE's findings are attached hereto as Exhibit A.

11. It is for these reasons that WHITE requests that this court, pursuant to federal and state law, require defendants to purge the voter registration lists to bring them up to date and further enjoin the above-referenced ordinance so that WHITE may pursue a repeal of the same by initiative ballot through required regulations set forth in the Stockton City Charter.

**STATUTORY LAW**

12. The NVRA requires states to "conduct a general program that makes a reasonable effort to remove the names of ineligible voters from the official lists of eligible voters." 52 U.S.C. § 20507(a)(4).

13. Section 8(i) of the NVRA requires that each state "shall maintain for at least 2 years and shall make available for public inspection and…photocopying at a reasonable cost, all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i).

14. Under federal law, a voter becomes "ineligible," and the voter's name is subject to removal from a jurisdiction's voter rolls, when the voter moves out of the jurisdiction; specifically asks to be removed from the rolls; dies; is disqualified from voting under state law because of a criminal conviction or mental incapacity; or when an erroneous registration record is corrected, as when a registrant has registered in the wrong jurisdiction or is a noncitizen. 52 U.S.C. §§ 20507(a)(3), (4)(A), 4(B), (c)(2)(B)(ii).

15. The NVRA provides that the registration of a voter who is believed to have moved out of a jurisdiction is only subject to removal from the voter rolls if (1) the voter confirms this move in writing, or (2) the voter fails to respond to an address confirmation notice, and then fails to vote during a statutory waiting period extending from the date of the notice through the next two general federal elections. 52 U.S.C. § 20507(d)(2)(B).

16. California law provides that an "inactive voter" is a voter for whom a county has received a returned confirmation residency mailing without a forwarding address in the same county, or a voter who has been identified by the United States Postal Service's National Change of Address database as having moved outside the County. Cal. Code Regs. tit. 2, § 20108(l).

17. Under both the NVRA and California law, voters whose registrations are designated as "inactive" may still note on election day. 52 U.S.C. § 20507(d)(2)(A); Cal. Code Regs. tit. 2, § 20108(l).

18. Because voters with inactive registrations may still vote on election day, inactive registrations would unfortunately be counted as part of a county's voter registration list.

19. In June of each odd-numbered year, the U.S. Election Assistance Commission ("EAC") is required by law to release a report regarding state voter registration practices. 52 U.S.C. § 20508(a)(3).

20. States are required by federal regulations to provide various kinds of registration data to the EAC for use in this biennial report. This data must include "the total number of registered voters statewide, including both 'active' and 'inactive' voters if such a distinction is made by the state," for the last two general federal elections. 11 C.F.R. §§ 9428.7(b)(1), (2).

21. Whenever a jurisdiction has more voter registrations than resident citizens over the age of 18, meaning that is registration rate, including active and inactive registrations, is greater than 100%, it is a strong indication that that jurisdiction is not taking the steps required by law to cancel the registrations of ineligible registrants.

22. WHITE is informed and believes and thereon alleges that based on WHITE's information obtained about registered voters in the City of Stockton after his canvassing efforts as expressed above, that the CITY, through the REGISTRAR and SECRETARY OF STATE does not have a purged list of registered voters as required by both state and federal law and that defendants and each of them have failed to conduct a general program that makes a reasonable effort to cancel the registrations of ineligible registrants.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

23.     WHITE further is informed and believes that removing registrations that have been in an inactive status for more than two general federal elections is a necessary part of any effort to comply with the NVRA's mandate to conduct a general program that makes a reasonable effort to remove the registrations of ineligible registrants.

24.     Inactive registrations which may be voted by mail or in person on election day are particularly vulnerable to fraudulent abuse by a third party, because a voter who has moved to a different state or out of the jurisdiction is unlikely to monitor the use of or communications concerning an old registration.

25.     WHITE is informed and believes that California has the highest rate of inactive registrations of any state in the country and that San Joaquin County and thus the City of Stockton have had inactive registrations for a period of time extending beyond the most recent two federal elections.

26.     On information and belief, San Joaquin County is failing to properly conduct the list maintenance required by the NVRA by failing to properly train employees, failing to require and enter registrants' birthdates, and failing to timely process reports that registrants have died, have committed disqualifying felonies, are mentally incompetent, or have registered twice.

27.     WHITE requests that this court review a similar action filed on December 31, 2017, in the United States District Court, Central District of California – Western Division entitled Judicial Watch, Inc., et al. v. Dean C. Logan, et al., Case No. 2:17-CV09848 which sets forth the same issues WHITE herein complains of and for which significant investigation was performed by those plaintiffs regarding the condition of the State of California with respect to its allegations under federal and state laws regarding the cancellation of voter registrations who are ineligible to vote. While WHITE herein understands that a ballot election pertaining strictly to the City of Stockton has no immediate impact on federal or state elections, the process of purging ineligible registrants does impact the voters including WHITE regarding even local elections.

28.     WHITE further alleges that a failure by the REGISTRAR to comply with federal and state law on this issue places a burden on WHITE and those persons who are lawfully

registered to vote in the City of Stockton elections by affecting their confidence in this constitutional process if legitimate voters could be outweighed by fraudulent or ineligible ones.

### Claim for Relief

### (Violation of Section 8(a)(4) of the NVRA, 52 U.S.C. § 20507(a)(4))

29. WHITE realleges all preceding paragraphs as if fully set forth herein.

30. WHITE is informed and believes that defendants have failed to fulfill San Joaquin County's obligations under Section 8(a)(4) of the NVRA to conduct a general program that makes a reasonable effort to cancel the registrations of registrants who are ineligible to vote in California federal elections which does impact even local elections for the City of Stockton.

31. WHITE and other eligible voters will suffer irreparable injury as a direct result of defendants' failure to fulfill San Joaquin County's obligations to comply with Section (a)(4) of the NVRA.

32. WHITE has no adequate or speedy remedy at law.

### **PRAYER FOR RELIEF**

WHEREFORE, WHITE prays for entry of a judgment:

a. Declaring INTERIM CITY CLERK, CITY, REGISTRAR, and SECRETARY OF STATE to be in violation of Section 8(a)(4) of the NVRA;

b. Permanently enjoining INTERIM CITY CLERK, CITY, REGISTRAR, and SECRETARY OF STATE from violating Section 8(a)(4) of the NVRA;

c. Declaring that Section 8(a)(4) of the NVRA supersedes and preempts any contrary California law;

d. Ordering INTERIM CITY CLERK, CITY, REGISTRAR, and SECRETARY OF STATE to develop and implement a general program that makes a reasonable effort to remove from San Joaquin County's rolls the registrations of ineligible registrants or submitting proof that such obligation has been fulfilled;

e. Declaring that Section 8(i) of the NVRA supersedes and preempts any contrary California law;

  f. Ordering CITY through its City Clerk or appropriate official to cease further implementation of City Ordinance No. 2019-02-05-1403 until there is evidence of compliance with both federal and state law regarding the purging of voters lists to give WHITE the opportunity to submit proper documentation for eligible voters in the City of Stockton for a meaningful attempt to repeal the above-referenced Ordinance through the initiative process as governed by the Charter of the City of Stockton and California state law;

  g. Ordering INTERIM CITY CLERK, CITY, REGISTRAR, and SECRETARY OF STATE and each of them to submit to WHITE documentation that they have complied with the requirements of the NVRA and Cal. Code Regs. tit. 2, § 20108(i);

  h. Ordering INTERIM CITY CLERK, CITY, REGISTRAR, SECRETARY OF STATE, and each of them, to pay the costs of suit herein and reasonable attorney's fees if such fees are incurred by WHITE during this litigation; and

  i. Awarding WHITE such further relief as the court deems just and proper.

Dated: May 20, 2019

                */s/ Ralph L. White*
                RALPH LEE WHITE
                Plaintiff, In Pro Per

EXHIBIT A



\* DL = Don't live there anymore.

**Voter Display**

## Voter Lookup

**Search Criteria**

Voter Status:
- Active
- ● Inactive
- Cancelled
- Pending
- State Pending
- All
- Audit Log

Name (Last, First):
Precinct/Portion:
Reg Number:
SSN:
VBM Program Status: (all)

Voter ID:
Driver License:
Address: 2305 S El Dorado
City Code: ST
Birth Date:
Status Reason: (all)

State Voter ID:
User Code: Birth Place: Language: (all)
Party: (all)

**Search** | **Clear**

**37 Voters found**

| Reg Number | Voter ID | Name | Residence Address | City | Precinct | Birth Date | Reg Date |
|---|---|---|---|---|---|---|---|
| 39ZD929622 | 732510 | Brown, Larry DL | 2305 S El Dorado St Apt 16 | Stockton | 0011135-A | | 8/11/2004 |
| 39ZD940153 | 735931 | Jordan, Yvonne DL | 2305 S El Dorado St Apt 16 | Stockton | 0011135-A | | 8/18/2004 |
| 39ZD929017 | 730685 | Green, Jessie DL | 2305 S El Dorado St Apt 17 | Stockton | 0011135-A | | 8/7/2004 |
| 39ZD971137 | 759333 | Lopez, David DL | 2305 S El Dorado St Apt 17 | Stockton | 0011135-A | | 10/14/2004 |
| 39ZD929258 | 731440 | Thomas, Justin DL | 2305 S El Dorado St Apt 17 | Stockton | 0011135-A | | 8/8/2004 |
| 59AX712478 | 613148 | Wilson, Raquel DL | 2305 S El Dorado St Apt 19 | Stockton | 0011135-A | | 10/21/2002 |
| 39ZD717878 | 695419 | Montgomery, Stacey Louise DL | 2305 S El Dorado St Apt 201 | Stockton | 0011135-A | | 4/10/2004 |
| 65BQ232529 | 1037439 | Cardenas, Pedro Gutierrez, Jr DL | 2305 S El Dorado St Apt 203 | Stockton | 0011135-A | | 6/15/2018 |
| 39ZE834808 | 428385 | Jones, Lynn DL | 2305 S El Dorado St Apt 207 | Stockton | 0011135-A | | 1/23/2012 |
| 39ZD940060 | 735732 | Williams, Brittnee DL | 2305 S El Dorado St Apt 21 | Stockton | 0011135-A | | 8/19/2004 |
| 59ZF383094 | 751196 | Sandoval, Ernestine M DL | 2305 S El Dorado St Apt 210 | Stockton | 0011135-A | | 4/19/2016 |
| 39ZD380421 | 559587 | Baker, Marcilla J DL | 2305 S El Dorado St Apt 23 | Stockton | 0011135-A | | 2/14/2002 |
| 60ZK627773 | 591131 | Jackson, Tanya DL | 2305 S El Dorado St Apt 28 | Stockton | 0011135-A | | 10/16/2012 |
| 39ZD781029 | 691797 | Jackson, Kimberly DL | 2305 S El Dorado St Apt 29 | Stockton | 0011135-A | | 3/11/2004 |
| 39ZD929042 | 731428 | Smalls, Leon DL | 2305 S El Dorado St Apt 29 | Stockton | 0011135-A | | 8/12/2004 |
| 39ZD940402 | 734567 | Brown, Jamisha Nashay DL | 2305 S El Dorado St Apt 31 | Stockton | 0011135-A | | 8/19/2004 |
| 39ZD216184 | 92959 | Daniel, Cheyl R DL | 2305 S El Dorado St Apt 34 | Stockton | 0011135-A | | 6/11/2001 |
| 39ZD405358 | 594299 | Daniels, James DL | 2305 S El Dorado St Apt 34 | Stockton | 0011135-A | | 7/28/2002 |
| 60ZK848420 | 524833 | Rodgers, Kenneth DL | 2305 S El Dorado St Apt 36 | Stockton | 0011135-A | | 4/30/2016 |
| 39ZC785185 | 23855 | Cortez, Charlene DL | 2305 S El Dorado St Apt 40 | Stockton | 0011135-A | | 12/5/1998 |
| 60ZK841087 | 997615 | Nelson, Rodney L DL | 2305 S El Dorado St Apt 45 | Stockton | 0011135-A | | 4/18/2016 |
| 60ZL200527 | 40647 | Flowers, Loretha DL | 2305 S El Dorado St Apt 47 | Stockton | 0011135-A | | 10/6/2011 |
| 59ZF383273 | 997443 | Wilson, King Arthur DL | 2305 S El Dorado St Apt 5 | Stockton | 0011135-A | | 4/19/2016 |
| 39ZD348295 | 591827 | Hassan, Duray DL | 2305 S El Dorado St Apt 9 | Stockton | 0011135-A | | 7/22/2002 |

\* DL = Dont live there anymore

| Reg Number | Voter ID | Name | Residence Address | City | Precinct | Birth Date | Reg Date | Driv Li |
|---|---|---|---|---|---|---|---|---|
| 39ZD879880 | 715490 | Day, Kevin E | 2305 S El Dorado St | Stockton | 0011135-A | | 7/7/2004 | |
| 50ZD003483 | 141649 | Field, Bernice DL | 2305 S El Dorado St | Stockton | 0011135-A | | 11/1/2005 | |
| 60ZN582675 | 657481 | Hancock, Valerie Ann DL | 2305 S El Dorado St | Stockton | 0011135-A | | 5/29/2008 | |
| 59BI728080 | 804693 | Lewis, Alex DL | 2305 S El Dorado St | Stockton | 0011135-A | | 4/12/2006 | |
| 60ZP847424 | 805081 | Maduska, Sarah DL | 2305 S El Dorado St | Stockton | 0011135-A | | 4/21/2006 | |
| 39ZE218816 | 805063 | Steenson, Luke Le DL | 2305 S El Dorado St | Stockton | 0011135-A | | 6/23/2006 | |
| 60ZL180068 | 891600 | Vannoy, Heidi DL | 2305 S El Dorado St | Stockton | 0011135-A | | 9/17/2010 | |
| 59CT605784 | 1008741 | Kamara, Abdul | 2305 S El Dorado St Apt 1 | Stockton | 0011135-A | | 3/15/2017 | |
| 39ZG057346 | 114623 | Smith, Erma Jean DL | 2305 S El Dorado St Apt 10 | Stockton | 0011135-A | | 9/24/2018 | |
| 39ZD853033 | 721003 | Harris, William DL | 2305 S El Dorado St Apt 11 | Stockton | 0011135-A | | 7/19/2004 | |
| 39ZD879894 | 731123 | Jackson, Sam DL | 2305 S El Dorado St Apt 12 | Stockton | 0011135-A | | 7/6/2004 | |
| 59ZF396925 | 606541 | Palacios, Frank | 2305 S El Dorado St Apt 12 | Stockton | 0011135-A | | 8/2/2016 | |
| 59ZF383272 | 115737 | Ortiz, Greg | 2305 S El Dorado St Apt 13 | Stockton | 0011135-A | | 4/19/2016 | |
| 39ZC854257 | 23872 | Perkins, Shaunte V DL | 2305 S El Dorado St Apt 13 | Stockton | 0011135-A | | 4/17/1999 | |
| 39ZD890841 | 723182 | Black, Donald Lee | 2305 S El Dorado St Apt 15 | Stockton | 0011135-A | | 7/21/2004 | |
| 59ZF383271 | 915991 | Ortiz, Solomon | 2305 S El Dorado St Apt 18 | Stockton | 0011135-A | | 4/19/2016 | |
| 59CQ164352 | 1022799 | Greer, Rachel DL | 2305 S El Dorado St Apt 20 | Stockton | 0011135-A | | 10/4/2016 | |
| 39ZD929843 | 732919 | Lacy, Jessica DL | 2305 S El Dorado St Apt 204 | Stockton | 0011135-A | | 8/12/2004 | |
| 39ZE348746 | 872690 | Williams, Rodney Clarence | 2305 S El Dorado St Apt 204 | Stockton | 0011135-A | | 3/10/2009 | |
| 43P 732181 | 636236 | Perea, Napoleon | 2305 S El Dorado St Apt 206 | Stockton | 0011135-A | | 12/13/2017 | |
| 39ZC740811 | 23863 | Huggins, Christopher B, Jr DL | 2305 S El Dorado St Apt 210 | Stockton | 0011135-A | | 3/4/1998 | |
| 60ZP415867 | 27310 | Arafiles, Roscoe | 2305 S El Dorado St Apt 212 | Stockton | 0011135-A | | 6/27/2005 | |
| 39ZF831847 | 749559 | Jackson, Jesse | 2305 S El Dorado St Apt 212 | Stockton | 0011135-A | | 3/29/2018 | |
| 39ZG051005 | 696571 | Williams, Atlanta | 2305 S El Dorado St Apt 212 | Stockton | 0011135-A | | 3/29/2018 | |

*DL = Don't live there anymore

## Voter Display

### Voter Lookup

**Search Criteria**

Voter Status:
- Active
- Inactive
- Cancelled
- Pending
- State Pending
- All
- Audit Log

Name (Last, First): 
Precinct/Portion: 
Reg Number: 
SSN: 
VBM Program Status: (all)

Voter ID: 
Driver License: 
Address: 2305 S El Dorado 
City Code: ST 
Birth Date: 
Status Reason: (all)

State Voter ID: 
User Code: 
Birth Place: 
Language: (all) 
Party: (all)

| Reg Number | Voter ID | Name | Residence Address | City | Precinct | Birth Date | Reg Date | Driv Li |
|---|---|---|---|---|---|---|---|---|
| 59CY286206 | 683945 | Cardenas, Tabatha Marie | 2305 S El Dorado St Apt 22 | Stockton | 0011135-A | | 5/1/2019 | |
| 39ZD879904 | 715407 | Mc Kay, Conrad DL | 2305 S El Dorado St Apt 23 | Stockton | 0011135-A | | 7/6/2004 | |
| 65BR039751 | 129358 | Jones, Nina DL | 2305 S El Dorado St Apt 24 | Stockton | 0011135-A | | 8/14/2018 | |
| 59ZF383164 | 83686 | Williams-Armstrong, Latricia D | 2305 S El Dorado St Apt 26 | Stockton | 0011135-A | | 4/19/2016 | |
| 39ZE295734 | 818008 | Adair, Catherine Erika DL | 2305 S El Dorado St Apt 27 | Stockton | 0011135-A | | 10/11/2006 | |
| 43P 577567 | 770795 | Lawrence, Gwendolyn Ranee | 2305 S El Dorado St Apt 27 | Stockton | 0011135-A | | 3/26/2018 | |
| 39ZF735103 | 208913 | Cody, Melody J DL | 2305 S El Dorado St Apt 29 | Stockton | 0011135-A | | 10/17/2018 | |
| 65BU193533 | 1099346 | Easton, Anthony James | 2305 S El Dorado St Apt 29 | Stockton | 0011135-A | | 1/9/2019 | |
| 39ZF834984 | 126858 | Woodfork, Dietra Lanise | 2305 S El Dorado St Apt 3 | Stockton | 0011135-A | | 10/19/2018 | |
| 39Z 082897 | 1064739 | Manzo, Alonzo Ivan DL | 2305 S El Dorado St Apt 31 | Stockton | 0011135-A | 3 | 11/6/2018 | |
| 39ZE145399 | 803485 | Thomas, Lurrene Phyllis DL | 2305 S El Dorado St Apt 31 | Stockton | 0011135-A | | 3/6/2006 | |
| 39ZD929322 | 730157 | Williams, Christina Mary Ann DL | 2305 S El Dorado St Apt 32 | Stockton | 0011135-A | | 8/12/2004 | |
| 59ZF396731 | 23881 | White, Tommy | 2305 S El Dorado St Apt 33 | Stockton | 0011135-A | | 7/27/2016 | |
| 39ZD679975 | 586658 | Alamio, Lori J DL | 2305 S El Dorado St Apt 34 | Stockton | 0011135-A | | 10/9/2003 | |
| 59CM221514 | 923779 | Lowe, Deborah Kim | 2305 S El Dorado St Apt 35 | Stockton | 0011135-A | | 12/11/2015 | |
| 39ZE874768 | 853679 | Williams, Xenia DL | 2305 S El Dorado St Apt 37 | Stockton | 0011135-A | | 10/2/2012 | |
| 59ZF392159 | 23864 | Huggins, Jimmey | 2305 S El Dorado St Apt 38 | Stockton | 0011135-A | | 8/2/2016 | |
| 60ZP852267 | 649831 | Steensen, Luke Edward DL | 2305 S El Dorado St Apt 38 | Stockton | 0011135-A | | 10/4/2006 | |
| 39ZD890703 | 23858 | Dunlap, Vernon Noise DL | 2305 S El Dorado St Apt 39 | Stockton | 0011135-A | | 7/19/2004 | |
| 39ZF792309 | 80106 | Guyton, Stephen Adam | 2305 S El Dorado St Apt 4 | Stockton | 0011135-A | | 3/29/2018 | |
| 43O 504808 | 786813 | Torres, Jessica DL | 2305 S El Dorado St Apt 4 | Stockton | 0011135-A | | 6/18/2014 | |
| 39ZD890835 | 723108 | Ventress, Nonay DL | 2305 S El Dorado St Apt 4 | Stockton | 0011135-A | | 7/21/2004 | |
| 39ZD893754 | 723192 | Colliar, Sean DL | 2305 S El Dorado St Apt 40 | Stockton | 0011135-A | | 7/21/2004 | |
| 59ZF383269 | 997429 | Dotson, Deric Dwayn DL | 2305 S El Dorado St Apt 40 | Stockton | 0011135-A | | 4/19/2016 | |

\* DL = Don't Live there anymore.

## Voter Display

### Voter Lookup

**Search Criteria**

Voter Status:
- Active
- Inactive
- Cancelled
- Pending
- State Pending
- All
- Audit Log

Name (Last, First): 
Precinct/Portion: 
Reg Number: 
SSN: 
VBM Program Status: (all)

Voter ID: 
Driver License: 
Address: 2305 S El Dorado 
City Code: ST 
Birth Date: 
Status Reason: (all)

State Voter ID: 
User Code: 
Birth Place: 
Language: (all) 
Party: (all)

| Reg Number | Voter ID | Name | Residence Address | City | Precinct | Birth Date | Reg Date |
|---|---|---|---|---|---|---|---|
| 39ZE145399 | 803485 | Thomas, Lurrene Phyllis *DL* | 2305 S El Dorado St Apt 31 | Stockton | 0011135-A | | 3/6/2006 |
| 39ZD929322 | 730157 | Williams, Christina Mary Ann *DL* | 2305 S El Dorado St Apt 32 | Stockton | 0011135-A | | 8/12/2004 |
| 59ZF396731 | 23881 | White, Tommy | 2305 S El Dorado St Apt 33 | Stockton | 0011135-A | | 7/27/2016 |
| 39ZD679975 | 586658 | Alamio, Lori J *DL* | 2305 S El Dorado St Apt 34 | Stockton | 0011135-A | | 10/9/2003 |
| 59CM221514 | 923779 | Lowe, Deborah Kim | 2305 S El Dorado St Apt 35 | Stockton | 0011135-A | | 12/11/2015 |
| 39ZE874768 | 853679 | Williams, Xenia *DL* | 2305 S El Dorado St Apt 37 | Stockton | 0011135-A | | 10/2/2012 |
| 59ZF392159 | 23864 | Huggins, Jimmey | 2305 S El Dorado St Apt 38 | Stockton | 0011135-A | | 8/2/2016 |
| 60ZP852267 | 649831 | Steensen, Luke Edward *DL* | 2305 S El Dorado St Apt 38 | Stockton | 0011135-A | | 10/4/2006 |
| 39ZD890703 | 23858 | Dunlap, Vernon Noise *DL* | 2305 S El Dorado St Apt 39 | Stockton | 0011135-A | | 7/19/2004 |
| 39ZF792309 | 80106 | Guyton, Stephen Adam | 2305 S El Dorado St Apt 4 | Stockton | 0011135-A | | 3/29/2018 |
| 43O 504808 | 786813 | Torres, Jessica *DL* | 2305 S El Dorado St Apt 4 | Stockton | 0011135-A | | 6/18/2014 |
| 39ZD890835 | 723108 | Ventress, Nonay *DL* | 2305 S El Dorado St Apt 4 | Stockton | 0011135-A | | 7/21/2004 |
| 39ZD893754 | 723192 | Colliar, Sean *DL* | 2305 S El Dorado St Apt 40 | Stockton | 0011135-A | | 7/21/2004 |
| 59ZF383269 | 997429 | Dotson, Deric Dwayn *DL* | 2305 S El Dorado St Apt 40 | Stockton | 0011135-A | | 4/19/2016 |
| 39ZF759253 | 114859 | Spinola, Angela *DL* | 2305 S El Dorado St Apt 41 | Stockton | 0011135-A | | 12/18/2017 |
| 65BP909531 | 96401 | Victory, Evangelina *DL* | 2305 S El Dorado St Apt 42 | Stockton | 0011135-A | | 5/21/2018 |
| 39ZE790002 | 764351 | Nieman, Ronald Kenyon *DL* | 2305 S El Dorado St Apt 43 | Stockton | 0011135-A | | 11/2/2010 |
| 39ZE743756 | 336080 | Reaves, Johnny *DL* | 2305 S El Dorado St Apt 46 | Stockton | 0011135-A | | 7/7/2010 |
| 39ZE855555 | 925823 | Jordan, Vernon *DL* | 2305 S El Dorado St Apt 47 | Stockton | 0011135-A | | 7/24/2012 |
| 39ZD890706 | 720179 | Johnson, George William *DL* | 2305 S El Dorado St Apt 5 | Stockton | 0011135-A | | 7/19/2004 |
| 39ZD890840 | 662613 | Jones, Dionna S *DL* | 2305 S El Dorado St Apt 7 | Stockton | 0011135-A | | 7/21/2004 |
| 60ZK229124 | 816036 | Reece, Michael | 2305 S El Dorado St Apt 7 | Stockton | 0011135-A | | 12/31/2013 |
| 39ZF792308 | 152409 | Killingham, Charles Michael | 2305 S El Dorado St Apt 8 | Stockton | 0011135-A | | 3/29/2018 |
| 39ZD893755 | 729757 | Ventress, Shanay *DL* | 2305 S El Dorado St Apt 9 | Stockton | 0011135-A | | 7/21/2004 |

\* DL = Don't Live there anymore