| | |
|---|---|
| 1 | OFFICE OF THE COUNTY COUNSEL |
| 2 | County of San Joaquin<br>J. MARK MYLES, CSB #200823 |
| 3 | County Counsel<br>JASON R. MORRISH, CSB # 192686 |
| 4 | Deputy County Counsel<br>ERIN H. SAKATA, CSB #290118 |
| 5 | Deputy County Counsel<br>44 N. San Joaquin Street, Suite 679 |
| 6 | Stockton, California 95202 |
| 7 | Telephone: 209/468-2980<br>Facsimile: 209/468-0315 |
| 8 | |
| 9 | Attorneys for Defendant,<br>   MELINDA DUBROFF |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO BRANCH

| | |
|---|---|
| RALPH LEE WHITE, individually, | CASE NO. 2:19-CV-913 JAM EFB PS |
| Plaintiff, | **DEFENDANT MELINDA DUBROFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |
| v. | |
| CHRISTIAN CLEGG, in his official capacity as Interim City Clerk for the City of Stockton; CITY OF STOCKTON, a municipal corporation; MELINDA DRUBOFF, in her official capacity as Registrar of Voters for the County of San Joaquin; ALEX PADILLA, in his official capacity as the Secretary of State for California. | Date: July 17, 2019<br>Time: 10:00 a.m.<br>Magistrate Judge: Hon. Edmund F. Brennan<br>Courtroom: 8 (13th Floor)<br>Trial Date: None Set. |
| Defendants. | |

**TO PLAINTIFF RALPH LEE WHITE,** *IN PROPRIA PERSONA:*

**NOTICE IS HEREBY GIVEN** that on July 17, 2019, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8 of the Court located at 501 "I" Street, Sacramento, California, Defendant MELINDA DUBROFF, mistakenly sued herein as MELINDA DRUBOFF

1

(hereafter "Registrar"), will and hereby does, move this Court for an order to dismiss Plaintiff's complaint for declaratory and injunctive relief pursuant to Federal Rules of Civil Procedure, Rule 12(b)(1) and 12(b)(6). This motion is made on the grounds that the Court lacks subject matter jurisdiction to adjudicate Plaintiff's complaint and that the complaint fails to state legal theories or facts against the Registrar upon which relief can be granted.

This motion is based upon this notice, the accompanying memorandum of points and authorities filed concurrently herewith, the pleadings papers and records on file herein, and on such other and further evidence, materials, and argument as the Court may receive.

Dated: June 12, 2019

                                        OFFICE OF THE COUNTY COUNSEL

                                        By:  /s/ *Erin H. Sakata*
                                                  ERIN H. SAKATA
                                                  Deputy County Counsel
                                                  Attorneys for Defendant
                                                  MELINDA DUBROFF