<u>WHITE v. CLEGG, et al.</u>
Case No. 2:19-cv-00913-JAM-EFB

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                                              )  ss.
COUNTY OF SAN JOAQUIN )

**I, THE UNDERSIGNED, SAY:**

I am, and was at all times herein mentioned, a citizen of the United States and employed in the County of San Joaquin, State of California, over the age of eighteen (18) years, and not a party to the within action; that my business address is 44 N. San Joaquin Street, Suite 679, Stockton, California, 95202.  Facsimile number (209) 468-0315.

On June 12, 2019 I served the following document(s):

**DEFENDANT MELINDA DUBROFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT MELINDA DUBROFF'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

☑ By US Mail. I am readily familiar with the office's practice of collecting and processing correspondence for mailing with the U.S. Postal Service and, after collection, it is deposited with the U.S. Postal Service with postage fully prepaid on the same day in the ordinary course of business.  I enclosed a true copy of the aforesaid documents(s) in a separate envelope for each of the person(s) named below, addressed as set forth immediately below the respective name(s), as follows:

**RALPH LEE WHITE**                                              *Plaintiff in pro se*
**2201 E EIGHTH STREET**
**STOCKTON CA   95206**

**I DECLARE UNDER PENALTY OF PERJURY** that the foregoing is true and correct.  **EXECUTED** at Stockton, California, on June 12, 2019.

                                                                              *Shannon M. Hughes*
                                                                              Shannon Hughes