UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH WHITE, | No. 2:19-cv-913-JAM-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| CHRISTIAN CLEGG, in his official capacity as Interim City Clerk for the City of Stockton; CITY OF STOCKTON, a municipal corporation; MELINDA DRUBOFF, in her official capacity as Registrar of Voters for the County of San Joaquin; ALEX PADILLA, in his official capacity as the Secretary of State for California , | |
| Defendants. | |

On August 2, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed August 2, 2019, are ADOPTED;

2. This action is dismissed as moot;

3. Defendants' motions to dismiss (ECF No. 8, 10, 13) are denied as moot; and

4. The Clerk is directed to close the case.

DATED: September 24, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE