## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                  **JUDGMENT IN A CIVIL CASE**

**RALPH LEE WHITE,**

                                  CASE NO: **2:19–CV–00913–JAM–EFB**

          v.

**CHRISTIAN CLEGG, ET AL.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 09/24/19**

                                               **Marianne Matherly**
                                               Clerk of Court

    ENTERED: **September 24, 2019**

                                    by: /s/ A. Benson_____
                                                  Deputy Clerk